IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-07-959-PCT-NVW |
| ) | |
| Plaintiff, ) | **REPORT AND RECOMMENDATION** |
| ) | |
| vs. ) | |
| ) | |
| Monty Jay Dickson, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On motion of counsel for defendant, Magistrate Judge Burns ordered that defendant undergo a competency evaluation. Dr. Maninder S. Kahlon conducted the evaluation ordered and on December 17, 2007 provided the court with his conclusions.

A status hearing was scheduled on December 21, 2007 regarding defendant's competency. Counsel for the government and defendant stipulated in open court that the court could conduct a full competency hearing at that time. The court secured a referral from the assigned District Court Judge, Judge Wake, to conduct the competency hearing and to provide a report and recommendation.

Counsel for defendant submitted Dr. Kahlon's report for consideration. The government presented no evidence and indicated it had no information that conflicted with Dr. Kahlon's report and conclusions.

1  The court reviewed the extensive report provided by Dr. Kahlon. From a review of
2 the report, the court finds that defendant does not suffer from any cognitive dysfunction or
3 any mental status deficiency that would impair his ability to understand the nature of the
4 charges against him and assist counsel in his defense.

5  The court, therefore, RECOMMENDS that the District Court Judge do a de novo
6 review and enter its order regarding the competency of defendant.

7  DATED this 21st day of December, 2007.

_____
Edward C. Voss
United States Magistrate Judge