IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-07-959-PCT-NVW |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Monty Jay Dickson, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The court has received and reviewed the Report and Recommendation of Magistrate Judge Voss regarding the competency of defendant.

On motion of counsel for defendant, Magistrate Judge Burns ordered that defendant undergo a competency evaluation. Dr. Maninder S. Kahlon conducted the evaluation and on December 17, 2007 submitted his report and conclusions.

A status hearing was scheduled on December 21, 2007 regarding defendant's competency. This court referred the matter to Magistrate Judge Voss to conduct a competency hearing and provide the court with a Report and Recommendation. Magistrate Judge Voss conducted the hearing. At the hearing counsel for the government and defendant stipulated that the court could conduct a full competency hearing at that time and submitted Dr. Kahlon's report for consideration. The government presented no evidence and indicated it had no information that conflicted with Dr. Kahlon's report and conclusions.

1       This court has conducted a De Novo review of the extensive report provided by Dr.
2 Kahlon. From that review, the court finds that defendant does not suffer from any cognitive
3 dysfunction or any mental status deficiency that impairs his ability to understand the nature
4 of the charges against him or interfere with his ability to assist counsel in his defense.

5       The court, therefore, concludes that defendant is competent and that the matter may
6 proceed.

7       DATED this 21st day of December, 2007.

_____
Neil V. Wake
United States District Judge